IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BLASETTI AND | : | CIVIL ACTION |
| MARY ANN BLASETTI | : | NO. 11-6920 |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE | : | |
| COMPANY | : | |

## ORDER

AND NOW, this 23rd day of January, 2012, upon consideration of defendant's motion for judgment on the pleadings and plaintiffs' response thereto, it is ORDERED that:

1. Defendant's motion for judgment on the pleadings is DENIED with respect to plaintiffs' claim for breach of contract.

2. Defendant's motion for judgment on the pleadings is GRANTED with respect to plaintiffs' claim for bad faith. Count II of plaintiffs' complaint is DISMISSED without prejudice.

It is FURTHER ORDERED that this matter is referred to Magistrate Judge L. Felipe Restrepo for all pretrial proceedings.

                                                           *s/Thomas N. O'Neill, Jr.*
                                                         THOMAS N. O'NEILL, JR., J.